U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    LAFAYETTE

AUG 21 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| JEREMY DWAYNE SMITH<br>LA. DOC #523901<br>VS. | CIVIL ACTION NO. 6:14-cv-0811<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN BURL CAIN | MAGISTRATE C. MICHAEL HILL |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d) and because petitioner's claims are procedurally defaulted.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 21 day of August, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE